FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA      '08 MJ 8456

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | 21 U.S.C. § 952 and 960 |
| Jesus Jose TEJEDA-Leal(1), ) | Importation of a Controlled |
| Karen GARCIA-Lopez(2), ) | Substance (Felony) |
| Defendants. ) | |

The undersigned complainant being duly sworn states:

That on or about May 21, 2008, within the Southern District of California, defendants Jesus Jose TEJEDA-Leal and Karen GARCIA-Lopez, did knowingly and intentionally import approximately 64.72 kilograms (142.38 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Chad N. Worgen Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22nd DAY OF MAY 2008.

_____
Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jesus Jose TEJEDA-Leal (1)
Karen GARCIA-Lopez (2)

### STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to United States Immigration and Customs Enforcement Special Agent Chad N. Worgen.

On May 21, 2008, at approximately 0822 hours, Customs and Border Protection Officer (CBPO) X. Ramos was conducting primary inspection duties on lane # 8 at the Calexico, California West Port of Entry (POE) when a 2001 Chrysler Voyager with Mexican license plate number BDT9930 approached his booth for inspection. CBPO Ramos observed the license plate number was a positive match for a computer generated referral.

CBPO Ramos identified the driver as Jesus Jose TEJEDA-Leal and the sole passenger as Karen GARCIA-Lopez. CBPO Ramos received a negative oral Customs declaration from TEJEDA. CBPO Ramos referred TEJEDA, GARCIA, and the vehicle to the secondary lot for further inspection due to the license plate match.

CBPO M. Aguilar was conducting secondary inspections and observed TEJEDA, GARCIA, and the Chrysler Voyager enter the vehicle secondary lot. CBPO Aguilar approached TEJEDA and received a negative oral Customs declaration. CBPO Aguilar requested Canine Enforcement Officer (CEO) C. Anzaldo to screen the vehicle with his Narcotics Human Detector Dog (NHDD). CEO Anzaldo informed CBPO Aguilar that his NHDD had alerted to the vehicle.

CBPO Aguilar conducted an intensive inspection of the vehicle and discovered several non-factory compartments located within the dash, rocker panels, and quarter panels. CBPO Aguilar discovered numerous brown tapped packages within the compartments. CBPO Aguilar probed a random package, and it produced a green leafy substance that field tested positive for marijuana. A

1  total of sixty (60) packages of marijuana were discovered with a total weight of 64.72 kilograms
2  (142.38 pounds).
3        TEJEDA and GARCIA were arrested for violation of Title 21 United States Code 952
4  and 960, Importation of a Controlled Substance. TEJEDA and GARCIA were read their
5
6  Miranda rights, which they acknowledged and waived. Each agreed to be interviewed.
7        TEJEDA stated he knew controlled substances were concealed within the vehicle, but he
8  did not know specifically what type. TEJEDA stated he was to be paid $1500.00 dollars to
9  successfully cross the border with the controlled substances. TEJEDA stated he would not be
10
11 paid until the controlled substances reached their final destination in Los Angeles, California.
12 TEJEDA stated GARCIA had no knowledge regarding the smuggling operation.
13       GARCIA stated she knew about the smuggling operation for approximately one week
14 prior to her arrest. GARCIA stated she thought marijuana was concealed within the vehicle, but
15 was never actually told. GARCIA stated she and TEJEDA were to be paid $1000.00 dollars to
16
17 complete the smuggling operation. GARCIA stated she knew it was illegal to import marijuana
18 into the United States.
19 //
20 //
21 //
22 //
23
24 //
25 //
26 //
27 //
28